ALBERT ZAIDENBERG, Respondent, v. BENJAMIN H. ROTH et al., Doing Business as B. H. ROTH & Co., Appellants.—

We are of opinion that the complaint sufficiently states a cause of action. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

## (October 7, 1942.)

In the Matter of ROBERT L. COLLINS.—

Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of DAVID A. O'KOON.—

Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of CHARLES H. WAGER.—

Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

## (October 13, 1942.)

EDWARD S. ABRAHAMS, Appellant, v. CHARLES S. FRANK, Individually and as Executor of DAVID L. FRANK, Deceased, Respondent.—

No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

CLIFTON R. ENGLER et al., as Executors of THERESA WICKS, Respondents, v. GEORGE WICKS, Appellant, Impleaded with Others.—

Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

SARAH FUSCO, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.—

Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.